**Order entered December 16, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01318-CV

## JOHN TATUM, ET AL., Appellants

## V.

## JULIE HERSH, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-04185**

## ORDER

We **GRANT** appellants' December 12, 2014 unopposed motion for an extension of time to file a brief. Appellants shall file a brief by **JANUARY 23, 2015**. We caution appellants that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
JUSTICE